UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DANIEL HERRON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01190-RLY-MJD |
| | ) | |
| TEARS OF EDEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER**

This matter is before the Court on Defendants' Unopposed Motion for Enlargement of Deadlines Imposed by Court's August 23, 2023 Order.  [Dkt. 21.]  That motion will come before the Court for a telephonic hearing before Magistrate Judge Mark J. Dinsmore on **Friday, October 6, 2023 at 9:30 a.m. (Eastern)**.  The parties shall appear by counsel by calling **866-434-5269, Access Code 9954518, Security Code 231190**.

SO ORDERED.

Dated:  4 OCT 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.