UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DANIEL HERRON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01190-RLY-MJD |
| | ) | |
| TEARS OF EDEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER STRIKING DISCOVERY

Federal Rule of Civil Procedure 5(d)(1) and Local Rule 26-2 prohibit the **filing** of discovery materials except when filed in relation to a motion under Fed R. Civ P. 26(c) or 37, in anticipation of use at trial or on appeal, or in response to a court order.  Instead, routine discovery must be **served** on opposing parties using a method described under Fed. R. Civ. P. 5(b)(2).

On October 18, 2023, counsel for Plaintiff filed a Notice to Video Deposition of Katherine Spearing. [Dkt. 24.] Therefore, the Court hereby **STRIKES** Plaintiff's Notice of Video Deposition of Katherine Spearing [Dkt. 24] and the Clerk is directed to show Docket No. 24 as **stricken** from the docket.

SO ORDERED.

Dated:  13 NOV 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.