**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DANIEL HERRON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:24-cv-00425-MTS |
| ) | |
| TEARS OF EDEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the Joint Motion to Appoint Non-Court Certified Neutral, Doc. [94], is **DENIED**.

The Court will appoint a Certified Neutral in a forthcoming Order.

Dated this 21st day of October 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE