UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL HERRON, | ) |
| Plaintiff(s), | ) |
| v. | ) No. 4:24-CV-00425-MTS |
| TEARS OF EDEN, et al., | ) |
| Defendant(s). | ) |

## NOTICE OF APPOINTMENT OF NEUTRAL

Upon selection by parties, pursuant to the procedures outlined in E. D. Mo. L. R. 6.03, the Clerk of the court hereby notifies

Name of Neutral/Firm: NEILL, MARK H.

Firm Address: Civil Courts Building 10 North Tucker 12th Floor St. Louis, MO 63101

Email: mark.neill@courts.mo.gov

that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that the referral has been concluded.

The Attorneys of Record in this case are:

Lead Counsel: Brent W. Huber (for pla)
ICE MILLER LLP - Indianpolis
One American Square
Suite 2900
Indianapolis, IN  46282-0002
Ph: 317-236-5942  FAX:

Other Counsel: Matthew J. Morris (for dft)
LEWIS BRISBOIS LLP - Edwardsville
Mark Twain Plaza II, Suite 300
103 Vandalia Street
Edwardsville, IL  62025
Ph: 618-307-7290  FAX: 618-692-6099

**The completion deadline for this ADR referral is November 18, 2024.  The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

<u>October 25, 2024.</u>  
Date

<u>*Nathan M. Graves*             /</u>  
Clerk of Court

By:   <u>/s/ Tiffani Tillman       /</u>  
TIFFANI TILLMAN  
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL HERRON, | ) |
|     Plaintiff(s), | ) ) ) |
| v. | )    No. 4:24-CV-00425-MTS ) |
| TEARS OF EDEN, et al., | ) ) |
|     Defendant(s). | ) ) ) |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

**Option 1**

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

**Option 2**

☐ An ADR conference was held on: _____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on _____.
The parties [☐ did  ☐ did not] achieve a settlement. ***Check one***

**Option 3**

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____    Neutral: _____

                                                                            NEILL, MARK H.
                                                                            Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL HERRON, | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) No. 4:24-CV-00425-MTS |
| TEARS OF EDEN, et al., | ) ) ) |
| Defendant(s). | ) ) ) |

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN AN ALTERNATIVE DISPUTE RESOLUTION CONFERENCE

**PLEASE DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant at:

**Betty_Ann_Skrien@moed.uscourts.gov**

Please provide the email addresses of **all counsel and parties** participating in the ADR conference. The participants will be sent an email with a link to a brief (5 minute), anonymous survey. A participant is defined as a plaintiff, defendant, insurance representative, in-house counsel, corporate representative, or attorney of record.

Name (printed):                                      Email address:

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

Date_____ Neutral_____