**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| DANIEL HERRON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:24-CV-00425-MTS |
| | ) | |
| vs. | ) | |
| | ) | |
| TEARS OF EDEN, KATHERINE SPEARING, LLC, TINA SHIM. MARIE GRIFFITH, AND JEANA ROTH, | ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) ) | |

## **ENTRY OF APPEARANCE**

COME NOW Jennifer L. Howell and the law firm of Brinker & Doyen, LLP, and hereby enter their appearance on behalf of Defendant Jeana Roth in the above matter.

          Respectfully submitted,

          BRINKER & DOYEN, L.L.P.

By: */s/ Jennifer L. Howell*
     Jennifer L. Howell, #61630 - MO
     34 N. Meramec Avenue, 5th Floor
     Clayton, Missouri 63105
     Telephone: (314) 863-6311
     Facsimile: (314) 863-8197
     jhowell@brinkerdoyen.com
     ***Attorneys for Defendant Roth***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 22nd day of January 2026, that a true and correct copy of the foregoing was filed with the Court's electronic filing system, with notice of case activity to be generated and sent electronically by the Clerk of said Court to the following counsel of record:

Brent W. Huber, #16077-53
Robert A. Jorczak, #32027-29
ICE MILLER LLP
One American Square, Ste. 2900
Indianapolis, IN 46282
Phone: (317) 236-2100
Brent.huber@icemiller.com
Louis.jorczak@icemiller.com
*Attorneys for Plaintiff*

Kristanna Elizabeth Roper-Nikitaras
Ami Therese Anderson
Renee J. Mortimer
LEWIS BRISBOIS LLP - Highland
2211 Main St., Suite 3-2A
Highland, IN 46385
219-440-0608
Kristanna.Nikitaras@lewisbrisbois.com
ami.anderson@lewisbrisbois.com
renee.mortimer@lewisbrisbois.com
*Attorneys for Defendant Tears of Eden & Katherine Spearing, LLC*

Mark L. Brown
Aaron G. Reynolds
LEWIS BRISBOIS LLP - Edwardsville
Mark Twain Plaza II, Suite 300
103 Vandalia Street
Edwardsville, IL 62025
618-307-7488
Fax: 618-692-6099
mark.brown@lewisbrisbois.com
aaron.reynolds@lewisbrisbois.com
*Attorneys for Defendant Tears of Eden & Katherine Spearing, LLC*

Beth C. Boggs
BOGGS AVELLINO LLC
9326 Olive Blvd., Suite 200
Olivette, MO 63132

314-726-2310
Fax: 314-726-2360
bboggs@balblawyers.com
*Attorneys for Defendant Katherine Spearing in her individual capacity*

Kristanna Elizabeth Roper-Nikitaras
Ami Therese Anderson
Renee J. Mortimer
LEWIS BRISBOIS LLP - Highland
2211 Main St., Suite 3-2A
Highland, IN 46385
219-440-0608
Kristanna.Nikitaras@lewisbrisbois.com
ami.anderson@lewisbrisbois.com
renee.mortimer@lewisbrisbois.com
*Attorneys for Defendant Katherine Spearing in her individual capacity*

Mark L. Brown
Aaron G. Reynolds
LEWIS BRISBOIS LLP - Edwardsville
Mark Twain Plaza II, Suite 300
103 Vandalia Street
Edwardsville, IL 62025
618-307-7488
Fax: 618-692-6099
mark.brown@lewisbrisbois.com
aaron.reynolds@lewisbrisbois.com
*Attorneys for Defendant Katherine Spearing in her individual capacity*

Charles Bradley Tuck
EVANS AND DIXON LLC - Springfield
4905 S. National Avenue Building B
Springfield, MO 65810
417-882-4700
Fax: 417-882-4927
btuck@evans-dixon.com
*Attorneys for Defendant Tina Shim*

Marie Griffith
1209 Griffin Rd NW
Hartselle, AL 35640
*PRO SE*


Seth G. Gausnell

James Daniel Ribaudo
GAUSNELL O'KEEFE LLC
1717 Park Ave., Suite 200
St. Louis, MO 63104
314-257-9800
Fax: 314-257-9801
sgausnell@gotlawstl.com
jribaudo@gotlawstl.com
***Attorneys for Defendant American Strategic Insurance Corp.***


                            */s/ Jennifer L. Howell*